**FILED**
December 21, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRANDON K. HARDIN ) <br> ) <br> Defendant. ) | Case No. CR. S-03-501 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON K. HARDIN, Case No. CR. S-03-501 Charge Supervised Release violation from custody, subject to the following conditions:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $__

 __ Unsecured Appearance Bond

 __ Appearance Bond with 10% Deposit

 __ Appearance Bond with Surety

 __ Corporate Surety Bail Bond

✔ (Other)   Defendant to report to program when bed becomes available, as directed by probation officer.

Issued at Sacramento, CA on December 21, 2005 at 10:20 am.

By /s/
William B. Shubb.
United States District Judge

Original - U.S. Marshal